IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| LAUREN E. SCOTTOLINE, Individually, and as Parent and Guardian of J.S.S., a Minor, and STEPHEN SCOTTOLINE, Parent of J.S.S., a Minor, | § § § § § § | No. 18, 2024<br><br>Court Below—Superior Court of the State of Delaware |
| Plaintiffs Below, Appellants, | § § § | C.A. No. N19C-08-135 |
| v. | § § § | |
| WOMEN FIRST, LLC, and CHRISTIANA CARE HEALTH SYSTEM, INC., | § § § § § | |
| Defendants Below, Appellees. | § § § | |

Submitted: January 16, 2024
Decided: February 16, 2024

Before **SEITZ**, Chief Justice; **TRAYNOR** and **GRIFFITHS**, Justices.

## **ORDER**

Upon consideration of the interlocutory appeal filed in No. 18, 2024 from the Superior Court's March 1, 2023 and December 15, 2023 orders granting motions *in limine* and the appeal filed in No. 48, 2024 from the Superior Court's January 31, 2024 order granting summary judgment, the interlocutory appeal is refused. The interlocutory appeal is unnecessary because the appellants can make arguments concerning the March 1, 2023 and December 15, 2023 orders in their appeal of the

Superior Court's January 31, 2024 order granting summary judgment in No. 48, 2024.

NOW, THEREFORE, IT IS ORDERED that the interlocutory appeal is REFUSED.

BY THE COURT:

*/s/ N. Christopher Griffiths*
Justice